UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No.: 3:15-CR-36-TAV-DCP-1 |
| MARK NIX, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge Debra C. Poplin on September 1, 2021 (the "R&R") [Doc. 126]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Poplin recommends that the Court deny defendant's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 123].

After a review of the R&R and the record in this case, the Court is in agreement with Magistrate Judge Poplin's recommendation, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 126] and it is **ORDERED** that the defendant's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 123] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE