UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CR-36-TAV-DCP-1 |
| MARK NIX, | ) | |
| Defendant. | ) | |

**ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation (R&R) entered by United States Magistrate Judge Debra C. Poplin on September 1, 2021 [Doc. 126, *see also* Docs. 127, 129]. In the R&R, Judge Poplin recommends that the Court deny defendant's Motion for Leave to Appeal In Forma Pauperis [Doc. 123]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.

After a review of the R&R and the record in this case, the Court is in agreement with Judge Poplin's recommendation, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 126] and the defendant's Motion for Leave to Appeal In Forma Pauperis [Doc. 123] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE